

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LISA ANNE MARTINEZ, <br><br> Defendant. | CR 10–56–BLG–DWM–CSO <br><br><br> ORDER |

On December 6, 2013, United States Magistrate Judge Carolyn S. Ostby entered Findings and her Recommendations with respect to the December 4, 2013 Amended Petition to Revoke Defendant Lisa Anne Martinez's term of supervised release. (Docs. 43 and 40.) A Final Hearing on revocation of the Defendant's term of supervised release was held December 6, 2013. (Doc. 41.) The parties were notified of their right, within fourteen days, to file objections to the Findings and Recommendations. (Doc. 43 at 8-9.) Neither party timely filed an objection. Failure to object waives a party's right to review. Fed. R. Crim. P. 59(b)(2). Consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the

Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Based on Martinez's admission to the violations set forth in the Petition, Judge Ostby recommends her supervised release be revoked. (Doc. 43 at 8.) Judge Ostby further recommends this Court enter the proposed Judgment attached to her Findings and Recommendations, (Doc. 43-1), and sentence Martinez to 18 months imprisonment with 42 months of supervised release to follow. (Doc. 43 at 8.) Judge Ostby's Findings and Recommendations are without clear error.

IT IS ORDERED that Judge Ostby's Findings and Recommendations, (Doc. 43), are ADOPTED IN FULL. Lisa Anne Martinez's term of supervised release is revoked. Judgment will be entered by separate document.

DATED this 6th day of January, 2014.

Donald W. Molloy, District Judge
United States District Court